IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PHILLIP BRADLEY HUNNINGS,

    Plaintiff,

    v.

ST. PAUL MERCURY INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-151

**O R D E R**

On February 25, 2021, after being advised by the parties that all claims in the case had settled, the Court administratively closed the above-captioned case but provided the parties a thirty-day period to present, at their option, a dismissal judgment pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the settlement, so the Court could retain jurisdiction to enforce the agreement.  (Doc. 79.)  The parties have since filed a Joint Stipulation of Dismissal with Prejudice, in which they stipulate that all claims of Plaintiff against Defendant should be dismissed in their entirety with prejudice, with each party to bear its own legal fees and costs.  (Doc. 80.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **REOPEN** this action, **DISMISSES WITH PREJUDICE** all claims against St. Paul Mercury Insurance Company, and **DIRECTS** the Clerk of Court to **CLOSE** this case.

    **SO ORDERED**, this 30th day of April, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA